**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | CASE NO. 1:23-cr-00585 |
| Plaintiff, | ) ) | JUDGE DAVID A. RUIZ |
| vs. | ) ) ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND |
| JESSICA COCHRAN, | ) ) | REFERRAL TO U.S. PROBATION OFFICE |
| Defendant. | ) |  |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Jonthan D. Greenberg regarding the change of plea hearing of Jessica Cochran which was referred to the Magistrate Judge with the consent of the parties.

On November 1, 2023, the Government filed a 34 count Indictment, charging Defendant Jessica Cochran (10) with the following: Count 1, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B) and (b)(1)(C); Count 8, Interstate Travel in Aid of Racketeering, in violation of Title 18 U.S.C. § 1952(a)(3) and 2; Count 9, International Money Laundering Conspiracy, in violation of Title 18 U.S.C. §§ 1956(a)(2)(B)(i) and (h); Count 14, Use of a Communications Facility to Facilitate a Felony Drug Offense, in violation of Title 21 U.S.C. § 843(b); and Count 15, Use of a Communications Facility to Facilitate a Felony Drug Offense, in violation of Title 21 U.S.C. § 843(b).  Defendant Jessica Cochran (10) was arraigned on November 14, 2023, during which Jessica Cochran (10) entered a plea of not guilty to the charges. On October 16, 2025, Magistrate Judge Jonathan D. Greenberg received Defendant Jessica Cochran's plea of guilty to Counts 1, 8,

and 9 of the Indictment, with a written plea agreement, and issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Jessica Cochran (10) is found to be competent to enter a plea and to understand her constitutional rights.  She is aware of the charges and of the consequences of entering a guilty plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Jessica Cochran (10) is adjudged guilty of the following counts in the Indictment: Count 1, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C); Count 8, Interstate Travel in Aid of Racketeering, in violation of Title 18 U.S.C. § 1952(a)(3); and Count 9, International Money Laundering Conspiracy, in violation of Title 18 U.S.C. §§ 1956(a)(2) and (h).  This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will take place on February 4, 2026, at 12:00 p.m. in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*s/ David A. Ruiz*     2/2/2026
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE